# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3878

_____

Richard F. Stanford,                               *
                                                   *
             Appellant,                            *
                                                   *     Appeal from the United States
      v.                                           *     District Court for the
                                                   *     District of Minnesota.
Jo Anne B. Barnhart, Commissioner of               *
Social Security,                                   *          [UNPUBLISHED]
                                                   *
             Appellee.                             *

_____

Submitted:  June 5, 2003
     Filed:  June 27, 2003

_____

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Richard F. Stanford appeals the District Court's[1] order affirming the denial of disability benefits for certain periods from 1997-99. The narrow issue on appeal is whether medical insurance premiums that Stanford paid should have been deducted from his earnings for purposes of determining whether he engaged in substantial gainful activity (SGA) during the periods at issue. We have carefully reviewed the

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

statutory and regulatory provisions regarding SGA—as well as Social Security Ruling 83-33, which is the Commissioner's interpretation of those provisions, <u>see</u> <u>Chevron U.S.A. Inc. v. Natural Res. Def. Council, Inc.</u>, 467 U.S. 837, 842-44 (1984)—as well as the Commissioner's application of those provisions to the undisputed facts, <u>see</u> <u>Smith v. Sullivan</u>, 982 F.2d 308, 311 (8th Cir. 1992) (noting de novo review of the law as applied to undisputed facts).  Contrary to Stanford's contention, the District Court's opinion reflects that it applied the appropriate standard of review, and we agree with its analysis of the issues Stanford raised.  Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.